THE BANK FOR SAVINGS IN THE CITY OF NEW YORK v. EMPIRE SQUARE REALTY COMPANY, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

DAVID S. STERN CORPORATION v. JACKSON TRADING CO., INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

VERA H. MORAN v. MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

WILLIAM RESNICK, as a Stockholder of HEARN DEPARTMENT STORES, INC., Suing on Behalf of Himself and All Other Stockholders of HEARN DEPARTMENT STORES, INC., Similarly Situated and in the Right of HEARN DEPARTMENT STORES, INC., v. HEARN DEPARTMENT STORES, INC., and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Dore and Cohn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. DENNIS SULLIVAN.— Motion for leave to appeal to the Court of Appeals or for a reargument denied without prejudice to an application pursuant to subdivision 3 of section 520 of the Code of Criminal Procedure. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

MARIA SANDMANN v. MANOR FREEHOLDS, INC., and STALEY ELEVATOR CO., INC., and Another.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HENRY ZEVIN v. DAVIDSON BURNSIDE CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CLUFF & PICKERING, LTD., v. LEWIS N. COTLOW.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

## (March 20, 1942.)

In the Matter of the Estate Tax upon the Estate of WILLIAM EVARTS BENJAMIN, Deceased. THE STATE OF CONNECTICUT, Appellant; WILLIAM K. LAUGHLIN, as Special Guardian for Infants ANNE R. BENJAMIN and Others, Appellants; HENRY ROGERS BENJAMIN and Others, as Executors, etc., of WILLIAM EVARTS BENJAMIN, Deceased, Appellants; NEW YORK STATE TAX COMMISSION, Respondent.— Decree unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [176 Misc. 518.]

U. S. B. & M. LIQUIDATION CORPORATION, Appellant, v. MENDEL ROSENKRANZ and CLARA ROSENKRANZ, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.